ACCEPTED
03-13-00852-CR
4338570
THIRD COURT OF APPEALS
AUSTIN, TEXAS
3/2/2015 4:17:02 PM
JEFFREY D. KYLE
CLERK

## NO. 03-13-00852-CR

| | | |
|---|---|---|
| **GREGORY LOPEZ** | § | **IN THE THIRD** |
| **V.** | § | **DISTRICT COURT OF** |
| **THE STATE OF TEXAS** | § | **APPEALS OF TEXAS** |

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
3/2/2015 4:17:02 PM
JEFFREY D. KYLE
Clerk

### STATE'S SECOND MOTION TO EXTEND TIME TO FILE BRIEF

### TO THE HONORABLE JUSTICES OF SAID COURT:

Now comes the State of Texas, Appellee in the above styled and numbered cause, and moves for an extension of time of 30 days to file Appellee's brief, and for good cause would show the following:

### I.

Appellant was sentenced in Cause Number CR2012-396 in the 207th Judicial District Court of Comal County, Texas, on October 21, 2013, for the offense of Continuous Sexual Abuse of a Young Child. Appellant's brief was initially due by July 2, 2014. A notice of late brief was sent by this Court on August 12, 2014. Appellant filed a motion for extension of time to file his brief – until September 18, 2014 – which was granted by this Court. Subsequently, this Court granted Appellant's second motion for extension to file his brief and ordered that his brief be filed by November 17, 2014. Again, Appellant's brief was not timely filed. On December 4, 2014, this Court abated the appeal and remanded this case to the trial court for further proceedings. Eventually, Appellant's brief was filed on December

1

31, 2014. After receiving one previous extension, Appellee's brief is currently due on March 2, 2015.

## II.

Mr. Sammy McCrary, the attorney for the State at trial, is handling this case on appeal. Mr. McCrary has been extremely busy these last few weeks with his regular docket and other responsibilities. Additionally, Mr. McCrary – the Chief Felony Prosecutor – has assisted several other attorneys in the office with issues that have arisen at trial and in their appeals. Finally, in the instant case, extracting pertinent information from some evidence for the Court's quick reference – including parts of a 4-hour-long video – is particularly time-consuming. Mr. McCrary has not yet been able to finish the State's brief, and respectfully requests an extension of 30 days to file the State's brief in the instant cause. This is the second extension sought by Appellee.

## III.

**WHEREFORE, PREMISES CONSIDERED,** the State's counsel respectfully prays for an extension of 30 days, until April 1, 2015, so that an adequate response may be made to Appellant's brief. This extension is not requested for purposes of delay but so that justice may be done.

2

Respectfully submitted,

/s/ Joshua D. Presley
**Joshua D. Presley** SBN: 24088254
preslj@co.comal.tx.us
Comal Criminal District Attorney's Office
150 N. Seguin Avenue, Suite 307
New Braunfels, Texas 78130
Ph: (830) 221-1300 / Fax: (830) 608-2008

## CERTIFICATE OF SERVICE

I, Joshua D. Presley, Assistant District Attorney for the State of Texas, Appellee, hereby certify that a true and correct copy of this *State's Second Motion to Extend Time to File Brief* has been delivered to Appellant GREGORY LOPEZ's attorney of record in this matter:

David K. Sergi
david@sergilaw.com
David K. Sergi & Associates, P.C.
P.O. Box 887
San Marcos, TX 78666
Attorney for Appellant on Appeal

By electronically sending it to his above-listed email address through efile.txcourts.gov, this 2nd day of March 2015.

/s/ Joshua D. Presley
**Joshua D. Presley**